No. 2531.—Ida A. Slocomb *v.* Merchants' Mutual Insurance
Company.

In 1862, while the city of New Orleans was under the control of the military authorities of the United States, the quartermaster of the army collected from the Merchants' Mutual Insurance Company fifteen thousand dollars, under a threat of punishment under general orders then in force, in case of refusal, this amount being due by the company on a policy of insurance taken for risk on four buildings in the city of New Orleans, belonging to Miss Ida A. Slocomb, which had been detroyed by fire. Miss Ida A. Slocomb brings this suit against the company for the amount of the policy. The company set up as a defense, its payment under the military order to the quartermaster.

Held—That payment having been made by the company under a military order, at a time when that authority was supreme and could not be resisted, it operated a full protection to the company, and discharged them from further liability.

APPEAL from the Fourth District Court, parish of Orleans. *Theard,* J. *Breaux & Fenner,* for plaintiff and appellant. *A. Voorhies,* for defendant and appellee.

Ludeling, C. J.   This suit is instituted to recover from the defendant the sum of fourteen thousand three hundred and thirty dollars, with legal interest from twenty-first December, 1863, being the amount of loss by fire, under a policy of insurance in favor of plaintiff.

The defense is that this sum was paid to the assistant quartermaster in New Orleans, under military orders from headquarters.

We will notice that Captain McClure, Assistant Quartermaster, was on the staff of General Banks (see general order 107, of 1862), and it was to him the money was paid, under the following order:

"Office of Chief Quartermaster,
                New Orleans, January 20, 1864.

"Charles Sagory, Esq., President Mutual Insurance Company:

"Sir—In obedience to superior orders I require you to pay over to me at this office the amount of fifteen thousand dollars, being the amount of cash due by the company over which you preside to Miss Ida A. Slocomb, on the policy of Insurance taken for risk on her four buildings recently destroyed by fire, on Tchoupitoulas street.

"This order must be complied with at once; a failure on your part will incur the penalty of general orders 73 and 82, of date eighteenth of September and seventeenth of October, 1862.

                "Respectfully,

                        "JOHN McCLURE,
                        "Captain and A. Q. M."

That a payment under this order should protect the company can not be doubted, until the rulings in Mandeville and Montgomery *v.* Bank of Louisiana, 19 An. 392, and Nelligan *v.* Citizens' Bank, 21 An. 332, be overruled, and we can perceive no good reason for doing that.

It is therefore ordered and adjudged that the judgment of the lower court be affirmed with costs of appeal.